1  Elliot J. Siegel (Bar No. 286798)
   elliot@kingsiegel.com
2  Julian Burns King (Bar No. 298617)
3  julian@kingsiegel.com
   **KING & SIEGEL LLP**
4  724 S. Spring Street, Ste. 201
5  Los Angeles, California 90014
   Tel:  (213) 465-4802
6  Fax: (213) 465-4803

7  Attorneys for Plaintiff and the Putative Class

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| **Victorino Guerrero**, individually and on behalf of all similarly situated individuals; <br><br> Plaintiff, <br><br> vs. <br><br> **SPB Hospitality LLC,** a Delaware limited liability company; **Craft Brewery Group, LLC,** a Delaware limited liability company, **Gordon Biersch Group LLC,** a Delaware limited liability company; and **Does 1-10**, inclusive; <br><br> Defendants. | CASE NO. 2:23-cv-09112-FMO-SK <br><br> [Assigned to Hon. Fernando M. Olguin] <br><br> **NOTICE OF SETTLEMENT OF ENTIRE CASE** <br><br> Case Filed:      September 25, 2023 <br> Removal Date: October 27, 2023 |

1
NOTICE OF SETTLEMENT

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Victorino Guerrero ("Plaintiff") respectfully submits this Notice of Settlement and requests as follows:

After a fulsome informal exchange of information, and in light of their factual investigation, Class Counsel does not believe that it appropriate to maintain the Class or Representative claims due to the burden of proof in proving those claims in light of the information provided by Defendants.

Alongside that determination, the Parties have reached an individual settlement in the above-captioned matter.

The Parties hereby respectfully request 15 days in which to file dispositional documents, including a request for an order dismissing the class and PAGA claims without prejudice, and further request that the Court vacate all currently pending hearings and related dates in this matter.

DATED: February 26, 2024

**KING & SIEGEL LLP**

By: *Elliot J. Siegel*
Elliot J. Siegel
Attorneys for Plaintiff and the Putative Class